```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

FELICIA PLUNKETT,

    Plaintiff,

vs.

                            CASE NO. 3:12-CV-123 (CDL)

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the Magistrate Judge filed August 15, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 11th day of September, 2013.

                                              s/Clay D. Land
                                                CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE